**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHANIE ST. MARY, on behalf of herself and all similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>REWIRE NEWS GROUP, a Virginia non-profit corporation,<br><br>Defendant. | Case No.: 2:26-cv-06956-FMO-SSC<br><br>*Assigned to District Judge Hon. Fernando M. Olguin and Magistrate Judge Hon. Stephanie S. Christensen*<br><br>**ORDER GRANTING JOINT STIPULATION [14] TO FURTHER EXTEND TIME FOR DEFENDANT REWIRE NEWS GROUP TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: June 25, 2026 |

The Court having reviewed and upon consideration of Defendant Rewire News Group ("Defendant") and Plaintiff Stephanie St. Mary's ("Plaintiff") (collectively, the "Parties") Joint Stipulation to Further Extend Time for Defendant to Respond to Complaint, it is hereby **ORDERED** and **DECREED** that the Stipulation is **GRANTED**.

It is hereby **ORDERED** as follows: Defendant's last day to file its response to Plaintiff's Complaint is extended from September 10, 2026, to October 12, 2026.

**IT IS SO ORDERED.**

DATED: September 14, 2026

/s/
HON. FERNANDO M. OLGUIN
United States District Judge